Opinion filed April 27, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00267-CV
_____

## IN THE GUARDIANSHIP OF ALETHA MARIE DOMINGUEZ, AN INCAPACITATED PERSON

**On Appeal from the County Court at Law No. 2
Midland County, Texas
Trial Court Cause No. G12961**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that all matters in controversy in this appeal have been resolved and that the appeal should be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). She also states that the other parties to this appeal do not oppose the dismissal of this appeal "with costs to be paid by the party incurring same." *See id.* R. 42.1(a)(1), (d).

We grant Appellant's motion and dismiss this appeal.

April 27, 2023                                                                          PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.